

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

One Pierrepont Plaza
Brooklyn, New York  11201

Mailing Address:   147 Pierrepont Street
Brooklyn, New York  11201

October 15, 2004

Honorable Cheryl Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>     Re:  Johnson v. Bryco, CV-03-2582
>          Smith v. Bryco, CV-02-3029
>          City v. Beretta, CV-00-3641
>          <u>(Weinstein, J.) (Pollak, M.J.)</u>

Dear Magistrate Judge Pollak:

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) respectfully writes to inform the Court of recent developments concerning a subject that was raised at the conference held on October 1, 2004, <u>i.e.</u> subpoenas served by defendants upon ATF.

Between September 24, 2004 and October 4, 2004, certain defendants served a total of four (4) subpoenas upon ATF. Copies of these subpoenas are collectively annexed as Appendix A. By letters dated October 4, 2004 and October 5, 2004, ATF responded by requesting that the defendants provide this Office with a statement concerning the documents that they seek to have produced, as mandated by 21 C.F.R. § 16.22(d). Copies of these letters are collectively annexed as Appendix B.

As of this writing, this Office has not received a response to any of the letters.  Unless and until defendants exhaust their administrative remedies by, <u>inter alia</u>, complying with § 16.22(d), this Court lacks subject matter jurisdiction to adjudicate any dispute concerning the subpoenas. <u>In re Security</u>

2

<u>and Exchange Commission ex re. Glotzer</u>, 374 F.3d 184, 188-92 (2d Cir. 2004).

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

S/_____

By:   ELLIOT M. SCHACHNER
      Assistant U.S. Attorney
      (718) 254-6053

cc:

Leonard Rosenbaum, Esq.
Renzulli Pisciotti & Renzulli, LLP
300 East 42nd Street
New York, NY 10017-5947

Paul L. Kassirer, Esq.
Lester Schwab Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-0071

Alison Fabella, Esq.
Taub & Marder
450 Seventh Avenue, 37th Floor
New York, NY 10123

Eric Proshansky, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, NY 10007

Elisa Barnes, Esq.
111 Broadway, 4th Floor
New York, NY 10006

APPENDIX    A

**Issued by the**
## UNITED STATES DISTRICT COURT

EASTERN          **DISTRICT OF**         NEW YORK

THE CITY OF NEW YORK,

               Plaintiff,

             **V.**

BERETTA U.S.A. CORP., et al.,

             Defendants.

# SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] 00 CV 3641
(Pending in the United States
District Court for the Eastern
District of New York)

To: Bureau of Alcohol, Tobacco, Firearms & Explosives
     New York Field Division
     241 37th Street, 3rd Floor
     Brooklyn, NY 11232

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (List documents or objects):

## SEE ATTACHMENT "A"

| PLACE | DATE AND TIME |
|---|---|
| Jones Day | |
| 222 East 41st Street | October 18, 2004 |
| New York, NY 10017 | 10:00 a.m. |
| (212) 326-3939 | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| ATTORNEY FOR DEFENDANT COLT S MANUFACTURING CO., LLC and signing on behalf of all MANUFACTURER DEFENDANTS | _September 15, 2004_ |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael L. Rice
JONES DAY

Address:    2727 North Harwood Street
           Dallas, Texas 75201
           Telephone: (214) 220-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1]If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | | PLACE | |
|---|---|---|---|---|

**SERVED**

| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
|---|---|---|

| SERVED BY (PRINT NAME) | | TITLE |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)  PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)    A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)  Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A)  On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)    fails to allow reasonable time for compliance;

(ii)    requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts

business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv)    subjects a person to undue burden

(B)  If a subpoena

(i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii)    requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)  DUTIES IN RESPONDING TO SUBPOENA

(1)    A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)    When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## ATTACHMENT A

## DOCUMENT REQUEST

For the following list of ATF Firearm Tracing System (FTS) Oracle Tables, produce all the trace data contained within the data fields listed.

1.  **FTS_ADMINISTRATIVE**
    FLD1_LABEL
    FLD1_REMARK
    FLD2_LABEL
    FLD2_REMARK
    FLD3_LABEL
    FLD3_REMARK
    FLD4_LABEL
    FLD4_REMARK
    FLD5_LABEL
    FLD5_REMARK
    FLD6_LABEL
    FLD6_REMARK
    FLD7_LABEL
    FLD7_REMARK
    PROJECT_NATIONAL1
    PROJECT_NATIONAL2
    PROJECT_NATIONAL3
    PROJECT_NATIONAL4
    PROJECT_LOCAL1
    PROJECT_LOCAL2
    LOCAL_OFFICER

5.  **FTS_COOPERATION_REF**
    COOPERATION_DESC

8.  **FTS_DEALTR**
    DEMAND_TYPE

9.  **FTS_DEALTR_NOTES**
    NOTE_TEXT

17. **FTS_FFLINVST_NOTES**
    FFLINVST_FFL
    NOTE_SEQ

**19.  FTS_FFL_THEFT**
      CALLER_LSTNME
      CALLER_FSTNME
      CALLER_MIDNME
      CALLER_PHONE
      CALLER_EVE_PHONE

**21.  FTS_FFL_THEFT_NOTES**
      NOTE_TEXT

**29.  FTS_INDIVIDUAL**
      I_LSTNME
      I_FSTNME
      I_MIDNME
      I_NAME_SUFFIX
      I_AKA_LSTNME
      I_AKA_FSTNME
      I_AKA_MIDNME
      I_AKA_SUFFIX
      I_ROUTE_NO
      I_APT_NO
      I_STREET_NO
      I_STREET_DIR
      I_STREET_NME
      I_STREET_SUF
      I_IDENT_NO1
      I_IDENT_NO2

**30.  FTS_INDIVIDUAL_NOTES**
      NOTE_TEXT

**32.  FTS_INTERSTATE_THEFT**
      CARRIER_NAME
      CARRIER_STREET
      CARRIER_CITY
      CARRIER_STATE
      CARRIER_ZIP
      CARRIER_PHONE
      CARRIER_FAX
      SHIPPER_CLAIM_NUM
      SHIPPER_CLAIM_NUM
      REPORTING_COMPANY

REPORTING_LSTNME
REPORTING_FSTNME
REPORTING_MIDNME
REPORTING_PHONE
REPORTING_FAX

33. **FTS_INTERSTATE_THEFT_NOTES**
NOTE_TEXT

34. **FTS_INVALID_FFL**
Z_LIC_NAME
Z_BUS_NAME

35. **FTS_INVALID_FFL_NOTES**
NOTE_TEXT

43. **FTS_RECOVERY_INFO**
REC_ROUTE_NO
REC_APT_NO
REC_STREET_NO
REC_STREET_DIR
REC_STREET_NME
REC_STREET_SUF

44. **FTS_RECOVERY_INFO_NOTES**
NOTE_TEXT

49. **FTS_SPERSON**
SP_LSTNME
SP_FSTNME
SP_MIDNME
SP_NAME_SUFFIX
SP_SSN
SP_ROUTE_NO
SP_APT_NO
SP_STREET_NO
SP_STREET_DIR
SP_STREET_NME
SP_STREET_SUF
SP_ZIP

50. **FTS_SPERSON_NOTES**
NOTE_TEXT

52. **FTS_STATE_REG_REF**
REMARKS

57. **FTS_THEFT_RECOVERY**
    ORI_STAT
    ORI-OFFC
    ORI_EMAIL
    ORI_FC
    OA_LAST_NME
    OA_FIRST_NME
    THEFT_STREET_NO
    THEFT_STREET_DIR
    THEFT_STREET_NME
    THEFT_STREET_SUF
    THEFT_APT
    THEFT_ROUTE
    IND_LAST_NME
    IND_FIRST_NME
    IND_MIDDLE_NME
    IND_NAME_SUFFIX
    IND_DOB

58. **FTS_THEFT_RECOVERY_NOTES**
    NOTE_TEXT

59. **FTS_TRACE**
    ORI_OFFICE
    ORI_EMAIL
    ORI_FC
    OA_INV_NUMBER
    OA_BADGE
    OA_LSTNME
    OA_FSTNME
    GANG_NAME

60. **FTS_TRACE_INDICATOR**
    INDICATOR_CODE

61. **FTS_TRACE_INDICATOR_REF**
    INDICATOR_CODE
    INDICATOR_DESC

62. **FTS_TRACE_NOTES**
    NOTE_TEXT

67. **FTS_WEAPON_NOTES**
    NOTE_TEXT

Issued by the

# UNITED STATES DISTRICT COURT

| **EASTERN** | **DISTRICT OF** | **NEW YORK** |
|---|---|---|

JAQUIONE JOHNSON,                          **Case No. CV 03 2582**

              Plaintiff,

                              **SUBPOENA IN A CIVIL CASE**

     -against-

BRYCO ARMS INC., et al.,

              Defendants.

JOAN TRUMAN SMITH, as Administratrix          **Case No. CV 02 3029**
of the Estate of Anita Smith, Deceased,

              Plaintiff,

     -against-

BRYCO ARMS, et al.,

              Defendants.

**TO:** Bureau of Alcohol, Tobacco, Firearms and Explosives
     New York Field Division
     241 37th Street, 3rd Floor
     Brooklyn, NY 11232

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **SEE ATTACHED LIST (Exhibit A)**

| PLACE | DATE AND TIME |
|---|---|
| Lester, Schwab, Katz & Dwyer, LLP | October 18, 2004 |
| 120 Broadway, 38th Floor | 10:00 a.m. |
| New York, New York 10271 |  |
| (212) 964-6611 |  |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| SIGNING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorneys for Defendant AcuSport Corporation | September 20, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Allison A. Snyder, Esq. (AS-7094)
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway, 38th Floor
New York, New York 10271
(212) 964-6611

(See Rule 45, Federal Rules of Civil Procedure, Parts C&D on Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | | |

| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
|---|---|---|
| | | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____ _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

RULE 45. FEDERAL RULES OF CIVIL PROCEDURE, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the insurance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provision of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure or privileged or other protected matter and no exception or waiver applies; or
(iv) subjects a person to undue burden.

(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information; or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# ATTACHMENT: EXHIBIT A

## DOCUMENT REQUEST

For the following list of ATF Firearm Tracing System (FTS) Oracle Tables, produce all the trace data contained within the data fields listed.

1. **FTS_ADMINISTRATIVE**
   FLD1_LABEL
   FLD1_REMARK
   FLD2_LABEL
   FLD2_REMARK
   FLD3_LABEL
   FLD3_REMARK
   FLD4_LABEL
   FLD4_REMARK
   FLD5_LABEL
   FLD5_REMARK
   FLD6_LABEL
   FLD6_REMARK
   FLD7_LABEL
   FLD7_REMARK
   PROJECT_NATIONAL1
   PROJECT_NATIONAL2
   PROJECT_NATIONAL3
   PROJECT_NATIONAL4
   PROJECT_LOCAL1
   PROJECT_LOCAL2
   LOCAL_OFFICER

5. **FTS_COOPERATION_REF**
   COOPERATION_DESC

8. **FTS_DEALTR**
   DEMAND_TYPE

9. **FTS_DEALTR_NOTES**
   NOTE_TEXT

17. **FTS_FFLINVST_NOTES**
   FFLINVST_FFL
   NOTE_SEQ

19. **FTS_FFL_THEFT**
   CALLER_LSTNME
   CALLER_FSTNME
   CALLER_MIDNME

CALLER_PHONE

CALLER_EVE_PHONE

**21. FTS_FFL_THEFT_NOTES**

NOTE_TEXT

**29. FTS_INDIVIDUAL**

I_LSTNME

I_FSTNME

I_MIDNME

I_NAME_SUFFIX

I_AKA_LSTNME

I_AKA_FSTNME

I_AKA_MIDNME

I_AKA_SUFFIX

I_ROUTE_NO

I_APT_NO

I_STREET_NO

I_STREET_DIR

I_STREET_NME

I_STREET_SUF

I_IDENT_NO1

I_IDENT_NO2

**30. FTS_INDIVIDUAL_NOTES**

NOTE_TEXT

**32. FTS_INTERSTATE_THEFT**

CARRIER_NAME

CARRIER_STREET

CARRIER_CITY

CARRIER_STATE

CARRIER_ZIP

CARRIER_PHONE

CARRIER_FAX

SHIPPER_CLAIM_NUM

SHIPPER_CLAIM_NUM

REPORTING_COMPANY

REPORTING_LSTNME

REPORTING_FSTNME

REPORTING_MIDNME

REPORTING_PHONE

REPORTING_FAX

33. FTS_INTERSTATE_THEFT_NOTES
      NOTE_TEXT

34. FTS_INVALID_FFL
      Z_LIC_NAME

      Z_BUS_NAME

35. FTS_INVALID_FFL_NOTES
      NOTE_TEXT

43. FTS_RECOVERY_INFO
      REC_ROUTE_NO

      REC_APT_NO

      REC_STREET_NO

      REC_STREET_DIR

      REC_STREET_NME

      REC_STREET_SUF

44. FTS_RECOVERY_INFO_NOTES
      NOTE_TEXT

49. FTS_SPERSON
      SP_LSTNME

      SP_FSTNME

      SP_MIDNME

      SP_NAME_SUFFIX

      SP_SSN

      SP_ROUTE_NO

      SP_APT_NO

      SP_STREET_NO

      SP_STREET_DIR

      SP_STREET_NME

      SP_STREET_SUF

      SP_ZIP

50. FTS_SPERSON_NOTES
      NOTE_TEXT

52. FTS_STATE_REG_REF
      REMARKS

57. FTS_THEFT_RECOVERY
      ORI_STAT

      ORI-OFFC

      ORI_EMAIL

      ORI_FC

      OA_LAST_NME

      OA_FIRST_NME

      THEFT_STREET_NO

           THEFT_STREET_DIR

           THEFT_STREET_NME

           THEFT_STREET_SUF

           THEFT_APT

           THEFT_ROUTE

           IND_LAST_NME

           IND_FIRST_NME

           IND_MIDDLE_NME

           IND_NAME_SUFFIX

           IND_DOB

**58.** **FTS_THEFT_RECOVERY_NOTES**
        NOTE_TEXT

**59.** **FTS_TRACE**
        ORI_OFFICE

        ORI_EMAIL

        ORI_FC

        OA_INV_NUMBER

        OA_BADGE

        OA_LSTNME

        OA_FSTNME

        GANG_NAME

**60.** **FTS_TRACE_INDICATOR**
        INDICATOR_CODE

**61.** **FTS_TRACE_INDICATOR_REF**
        INDICATOR_CODE

        INDICATOR_DESC

**62.** **FTS_TRACE_NOTES**
        NOTE_TEXT

**67.** **FTS_WEAPON_NOTES**
        NOTE_TEXT

**Issued by the**
**UNITED STATES DISTRICT COURT**

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

THE CITY OF NEW YORK,

## SUBPOENA IN A CIVIL CASE

Plaintiff,

**V.**

BERETTA U.S.A. CORP., et al.,

Defendants.

CASE NUMBER:[1]  00 CV 3641
(Pending in the United States
District Court for the Eastern
District of New York)

To: Bureau of Alcohol, Tobacco, Firearms & Explosives
New York Field Division
241 37th Street, 3rd Floor
Brooklyn, NY 11232

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (List documents or objects):

### SEE ATTACHMENT "A"

| PLACE | DATE AND TIME |
|---|---|
| Jones Day | |
| 222 East 41st Street | October 25, 2004 |
| New York, NY 10017 | 10:00 a.m. |
| (212) 326-3939 | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| ATTORNEY FOR DEFENDANT COLT'S MANUFACTURING CO., LLC and signing on behalf of all MANUFACTURER DEFENDANTS | 9/23/04 |

| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |
|---|---|
| Michael L. Rice | Address:  2727 North Harwood Street |
| JONES DAY | Dallas, Texas 75201 |
| | Telephone: (214) 220-3939 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
[1]If action is pending in district other than district of issuance, state district under case number.

DLI-5870855v3

## PROOF OF SERVICE

|  | DATE |  | PLACE |
|---|---|---|---|

SERVED

| SERVED ON (PRINT NAME) |  | MANNER OF SERVICE |
|---|---|---|

| SERVED BY (PRINT NAME) |  | TITLE |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts

business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## ATTACHMENT A
## DOCUMENT REQUEST

For the following list of ATF Firearm Tracing System (FTS) Oracle Tables, produce all the data contained within the data fields listed.

13.   **FTS_DEMAND_NOTES:**
      NOTE_TEXT

15.   **FTS_DISTRIBUTOR_TYPE_REF:**
      FFL_LIC_TYPE_CODE

17.   **FTS_FFLINVST_NOTES**
      ENTERED_USER
      ENTERED_TIME

18.   **FTS_FFL_DEMAND:**
      FFL_NAME
      TRANSACTION_DATE
      IND1-IND4

19.   **FTS_FFL_THEFT**
      NUMBER_INJURIES
      NUMBER_KILLED

46.   **FTS_RECOVERY_TYPE**
      REC_TYPE
      TYPE_OPERATIVE_FLG
      TYPE_OPERATIVE_TIME
      RECOV_TYP_DESC

53.   **FTS_STATUS**
      INDIVIDUAL_PURCHASE_IND
      SUCCESS_IND
      STAT_DESC
      SUCCESS_IND
      DELAY_IND
      OBR_IND

59.   **FTS_TRACE**
      SPEC_INST
      REMARKS_TO_REQSTR

65.   **FTS_VEHICLE**
      SEQ_NO
      VEH_MAKE
      VEH_MODEL
      VEH_YEAR

DLI-5871344v3                    1

Issued by the
# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAQUIONE JOHNSON,

                    Plaintiff,                    **03 CV 2585 (JBW) (CLP)**

    -against-                       **SUBPOENA IN A CIVIL CASE**

BRYCO ARMS INC., et al.,

                Defendants

-----------------------------------------------------------------
JOAN TRUMAN SMITH, as Administratrix
of the Estate of Anita Smith, Deceased

                    Plaintiff,                    **02 CV 3029 (JBW) (CLP)**

    -against-

BRYCO ARMS INC., et al.,

                Defendants
-----------------------------------------------------------------

TO:    **Bureau of Alcohol, Tobacco, Firearms and Explosives**
        **New York Field Division**
        **241 37th Street, 3rd floor**
        **Brooklyn, NY 11232**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

**X**    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**See attached Exhibit "A."**

| PLACE | DATE AND TIME |
|---|---|
| **Renzulli, Pisciotti & Renzulli , LLP** | |
| **300 East 42nd Street, New York, New York, 10017-5947** | **Oct. 29, 2004 at 10:00 am** |
| **(212) 599-5533** | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|----------|---------------|
|          |               |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30 (b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant, Atlantic Gun & Tackle | Oct. 4, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
**Leonard S. Rosenbaum**
**c/o Renzulli, Pisciotti & Renzulli, LLP**
**300 East 42nd Street**
**New York, New York 10017-5947**
**(212) 599-5533**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1   If action is pending in district other than district of issuance, state district under case number.

COPIES FURNISHED TO ALL COUNSEL OF RECORD.

## PROOF OF SERVICE

|  | DATE | PLACE |
|--|------|-------|

SERVED

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|------------------------|-------------------|

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the insurance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible place of production or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) falls to allow reasonable time for compliance;
(ii) require a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of trade secret or other confidential research, development, or commercial information, or information, or
(ii) requires disclosure of an unretained expert's opinion dispute and resulting from the expert's study made not at time request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to affected by the subpoena, quash or modify the subpoena, or, if the need for the testimony or material that cannot be otherwise met without undue hardship and assured that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business shall organize and label them to correspondence with the categories in the demand.

(2) When information subject to a subpoena is withheld on claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**ATTACHMENT A**
**DOCUMENT REQUEST**

For the following list of ATF Firearm Tracing System (FTS) Oracle Tables, produce all the data contained within the data fields listed.

13. **FTS_DEMAND_NOTES:**
NOTE_TEXT

15. **FTS_DISTRIBUTOR_TYPE_REF:**
FFL_LIC_TYPE_CODE

17. **FTS_FFLINVST_NOTES**
ENTERED_USER
ENTERED_TIME

18. **FTS_FFL_DEMAND:**
FFL_NAME
TRANSACTION_DATE
IND1-IND4

19. **FTS_FFL_THEFT**
NUMBER_INJURIES
NUMBER_KILLED

46. **FTS_RECOVERY_TYPE**
REC_TYPE
TYPE_OPERATIVE_FLG
TYPE_OPERATIVE_TIME
RECOV_TYP_DESC

53. **FTS_STATUS**
INDIVIDUAL_PURCHASE_IND
SUCCESS_IND
STAT_DESC
SUCCESS_IND
DELAY_IND
OBR_IND

59. **FTS_TRACE**
SPEC_INST
REMARKS_TO_REQSTR

65. **FTS_VEHICLE**
SEQ_NO
VEH_MAKE
VEH_MODEL
VEH_YEAR

1

APPENDIX    B



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:*   *147 Pierrepont Street*
*Brooklyn, New York 11201*

October 4, 2004

By Fax (214) 969-5100 and mail
Michael L. Rice, Esq.
Jones, Day
2727 North Harwood Street
Dallas, Texas 75201-1515

      Re:   City of New York v. Beretta, et al.
            Civil Action No. CV-00-3641
            (Weinstein, J.)(Pollak, M.J.)

Dear Mr. Rice:

On behalf of the Bureau of Alcohol, Tobacco, Firearms and
Explosives ("ATF"), this Office writes to respond to the subpoena
dated September 15, 2004 (the "subpoena") that was sent under
cover of your letter dated September 15, 2004 to Barry Orlow of
ATF and the undersigned.

Pursuant to Department of Justice regulations (28 C.F.R.
§§ 16.21-16.29) ATF and this Office are unable to act upon the
subpoena unless and until the parties on whose behalf the
subpoena was issued comply with the requirements of 28 C.F.R.
§ 16.22(d). Please provide the undersigned with a summary of the
information sought and its relevance to the proceeding, as
required by § 16.22(d). ATF and this Office will take no further
action unless and until such a summary is provided.

                    Very truly yours,

                    ROSLYNN R. MAUSKOPF
                    United States Attorney

By:   ELLIOT M. SCHACHNER
      Assistant U.S. Attorney
      (718) 254-6053



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:*   *147 Pierrepont Street*
*Brooklyn, New York 11201*

October 4, 2004

<u>By Fax (214) 969-5100 and mail</u>
Patrick Carew, Esq.
Jones, Day
2727 North Harwood Street
Dallas, Texas 75201-1515

      Re:  City of New York v. Beretta, et al.
          Civil Action No. CV-00-3641
          <u>(Weinstein, J.)(Pollak, M.J.)</u>

Dear Mr. Carew:

    On behalf of the Bureau of Alcohol, Tobacco, Firearms and
Explosives ("ATF"), this Office writes to respond to the subpoena
dated September 23, 2004 (the "subpoena") sent under cover of
your letter dated September 23, 2004 to Barry Orlow of ATF and
the undersigned.

    Pursuant to Department of Justice regulations (28 C.F.R.
§§ 16.21-16.29) ATF and this Office are unable to act upon the
subpoena unless and until the parties on whose behalf the
subpoena was issued comply with the requirements of 28 C.F.R.
§ 16.22(d). Please provide the undersigned with a summary of the
information sought and its relevance to the proceeding, as
required by § 16.22(d). ATF and this Office will take no further
action unless and until such a summary is provided.

                        Very truly yours,

                        ROSLYNN R. MAUSKOPF
                        United States Attorney

      By:  ELLIOT M. SCHACHNER
            Assistant U.S. Attorney
            (718) 254-6053



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

October 4, 2004

By Fax (212) 267-5916 and mail
Alison A. Snyder, Esq.
Lester, Schwab, Katz & Dwyer, LLP
120 Broadway
New York, NY 10271-0071

Re:   Jaquione Johnson v. Bryco Arms, et al.
      Civil Action No. CV-03-2582
      Joan Truman Smith v. Bryco Arms, et al.
      Civil Action No. CV-02-3029
      (Weinstein, J.)(Pollak, M.J.)

Dear Ms. Snyder:

On behalf of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), this Office writes to respond to the subpoena (the "subpoena") dated September 20, 2004 sent under cover of your letter dated September 20, 2004 to Barry Orlow of ATF and the undersigned.

Pursuant to Department of Justice regulations (28 C.F.R. §§ 16.21-16.29) ATF and this Office are unable to act upon this demand unless and until your client complies with the requirements of 28 C.F.R. § 16.22(d) are met. Please provide the undersigned with a summary of the information sought and its relevance to the proceedings, as required by § 16.22(d). ATF and this Office will take no further action unless and until such a summary is provided.

                         Very truly yours,

                         ROSLYNN R. MAUSKOPF
                         United States Attorney

                    By:  ELLIOT M. SCHACHNER
                         Assistant U.S. Attorney
                         (718) 254-6053



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

_____

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:*   *147 Pierrepont Street*
*Brooklyn, New York 11201*

October 5, 2004

<u>By Fax (212) 599-6385 and mail</u>
Leonard Rosenbaum, Esq.
Renzulli, Pisciotti & Renzulli
300 East 42nd Street
New York, NY 10017

   Re: Jaquione Johnson v. Bryco Arms, et al.
     Civil Action No. CV-03-2582
     Joan Truman Smith v. Bryco Arms, et al.
     Civil Action No. CV-02-3029
     <u>(Weinstein, J.)(Pollak, M.J.)</u>

Dear Mr. Rosenbaum:

  On behalf of the Bureau of Alcohol, Tobacco, Firearms and
Explosives ("ATF"), this Office writes to respond to the subpoena
(the "subpoena") dated October 4, 2004 sent under cover of your
letter dated October 4, 2004 to Barry Orlow of ATF and the
undersigned.

  Pursuant to Department of Justice regulations (28 C.F.R.
§§ 16.21-16.29) ATF and this Office are unable to act upon this
demand unless and until your client complies with the
requirements of 28 C.F.R. § 16.22(d) are met. Please provide the
undersigned with a summary of the information sought and its
relevance to the proceedings, as required by § 16.22(d). ATF and
this Office will take no further action unless and until such a
summary is provided.

       Very truly yours,

       ROSLYNN R. MAUSKOPF
       United States Attorney

       _____
   By: ELLIOT M. SCHACHNER
      Assistant U.S. Attorney
      (718) 254-6053