

# LAW OFFICE OF ELISA BARNES
### 111 BROADWAY, 4TH FLOOR
### NEW YORK, NEW YORK 10006
### PHONE: (212) 693-2330
### FAX: (212) 693-2334

NEW JERSEY OFFICE:
76 SOUTH ORANGE AVENUE
SOUTH ORANGE, NJ 07079-1923
PHONE: (973) 275-5833

January 28, 2005

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ FEB 1 4 2005 ★

BROOKLYN OFFICE

John Renzulli, Esq.
Renzulli Pisciotti & Renzulli
300 East 42nd Street
New York, New York 10017
Fax (212) 599-6385

RE: Truman Smith v. Bryco Arms  02-CV-3029 (JBW)
    Johnson v. Bryco Arms  03-CV-2582 (JBW)

Dear Mr. Renzulli:

Pursuant to your demand and the Order of Magistrate Judge Pollak, dated January 27, 2005, enclosed please find the amended trace data run of the trace data for 1997-2000. Due to various problems with the data, of which you are cognizant, as a result of having your expert on the telephone call between Howard Andrews and ATF, please be advised that we cannot provide you with the fields you requested: involve date, dealer transaction data and trace date. We can provide you with transaction date, which I am told will tell you when the gun was shipped to Atlantic Gun & Tackle. This will enable you to locate the trace in your records.

I now understand that Gary Harvey, William Wecker's assistant is working with you and has a facility with the database. If you have a problem with the information I am transmitting, please let me know immediately Monday morning and I will deal with the you and the Court as early in the week as possible.

Very truly yours,

Elisa Barnes

enclosure
cc: Honorable Cheryl Pollak
    Fax No. 718 260-2358

Privileged and Confidential

Preliminary and Unchecked

## Guns Sold by Atlantic Gun & Tackle for which Trace Requests were Submitted from 1997-2000

| Trace ID (1) | FFL ID (2) | Serial Number (4) | MFG Code (5) | Gun Type (6) | Model (7) | Caliber (8) | Finish (9) | Trans Date (10) | Trace Date (11) |
|---|---|---|---|---|---|---|---|---|---|
| T19970002741 | 43411045 | 360540 | LCN | P | L380 | 380 | | 4/6/1995 | 1/7/1997 |
| T19970002747 | 43411045 | 3171810 | PHE | P | RAVEN | 25 | | 9/26/1994 | 1/7/1997 |
| T19970002797 | 43411045 | AJF2019 | SW | PR | 686 | 357 | | 12/19/1985 | 1/7/1997 |
| T19970029960 | 43411045 | 1694170 | RAV | P | MP25 | 25 | | 4/25/1990 | 1/7/1997 |
| T19970004092 | 43411045 | 1861530 | RAV | P | MP25 | 25 | | 2/11/1992 | 1/8/1997 |
| T19970004096 | 43411045 | AP383370 | DAB | P | P380 | 380 | NICKEL | 12/15/1993 | 1/8/1997 |
| T19970004100 | 43411045 | 981063 | CAC | PR | | 38 | | 3/19/1987 | 1/8/1997 |
| T19970004112 | 43411045 | 3013192 | PHE | P | RAVEN | 25 | | 6/22/1992 | 1/8/1997 |
| T19970005047 | 43411045 | E10863Y | BER | P | 84 | 380 | | 2/18/1992 | 1/9/1997 |
| T19970009779 | 43411045 | C01977 | GAA | P | | 45 | | 8/4/1993 | 1/12/1997 |
| T19970011144 | 43411045 | ST32724 | FIP | PR | | 38 | | 8/7/1990 | 1/14/1997 |
| T19970012964 | 43411045 | 073436 | SDA | P | JS9 | 9 | | 1/5/1993 | 1/17/1997 |
| T19970012975 | 43411045 | 3077181 | PHE | P | RAVEN | 25 | | 2/25/1993 | 1/17/1997 |
| T19970013003 | 43411045 | 408791 | LCN | P | L380 | 380 | | 9/22/1995 | 1/17/1997 |
| T19970013049 | 43411045 | 3131398 | PHE | P | RAVEN | 25 | | 10/25/1993 | 1/17/1997 |
| T19970014635 | 43411045 | L040092 | LCN | P | L9 | 9 | | 7/7/1995 | 1/23/1997 |
| T19970014701 | 43411045 | 3191337 | PHE | P | RAVEN | 25 | | 10/6/1995 | 1/23/1997 |
| T19970014739 | 43411045 | 456037 | LCN | P | L380 | 380 | | 10/8/1996 | 1/23/1997 |
| T19970014770 | 43411045 | BU80954V | FII | P | 950 | 25 | | 9/21/1993 | 1/23/1997 |
| T19970015603 | 43411045 | 024488 | HIH | P | C | 9 | BLACK | 9/10/1991 | 1/27/1997 |
| T19970018789 | 43411045 | AP141416 | DAB | P | P380 | 380 | | 5/28/1996 | 2/5/1997 |
| T19970018832 | 43411045 | OE73447 | TAS | PR | | 357 | | 12/1/1981 | 2/5/1997 |
| T19970018844 | 43411045 | 485905 | RAV | P | MP25 | 25 | | 2/12/1993 | 2/12/1997 |
| T19970021600 | 43411045 | 13043 | GND | P | P12 | 380 | | 4/8/1993 | 2/25/1997 |
| T19970026762 | 43411045 | 15160 | GND | P | P12 | 380 | | 2/29/1996 | 2/26/1997 |
| T19970026986 | 43411045 | MV57728E | MRM | S | 88 | 12 | | 1/2/1997 | 3/1/1997 |
| T19970028022 | 43411045 | 327549 | LCN | P | L25 | 25 | | 6/9/1989 | 3/1/1997 |
| T19970028036 | 43411045 | D856593 | AMR | PR | M68 | 38 | | | |

1

Privileged and Confidential

Preliminary and Unchecked

### Guns Sold by Atlantic Gun & Tackle for which Trace Requests were Submitted from 1997-2000

| Trace ID (1) | FFL ID (2) | Serial Number (4) | MFG Code (5) | Gun Type (6) | Model (7) | Caliber (8) | Finish (9) | Trans Date (10) | Trace Date (11) |
|---|---|---|---|---|---|---|---|---|---|
| T19970028048 | 43411045 | KK522694 | TAS | PR | | 357 | | 6/12/1992 | 3/1/1997 |
| T19970028061 | 43411045 | 560929 | BRY | P | J25 | 25 | | 7/3/1995 | 3/1/1997 |
| T19970028086 | 43411045 | AVW2748 | SW | PR | 60 | 38 | | 7/24/1987 | 3/1/1997 |
| T19970028117 | 43411045 | RAD3293 | SW | P | SW380 | 380 | | 2/19/1996 | 3/1/1997 |
| T19970030266 | 43411045 | 3016564 | PHE | P | RAVEN | 25 | | 8/12/1992 | 3/6/1997 |
| T19970030367 | 43411045 | 556239 | CAC | PR | BULLDOG | 357 | | 1/29/1980 | 3/6/1997 |
| T19970032987 | 43411045 | H27496 | TFG | P | TZ75 | 9 | | 5/28/1991 | 3/11/1997 |
| T19970034698 | 43411045 | VDE0870 | SW | P | 909 | 9 | | 3/8/1996 | 3/15/1997 |
| T19970041424 | 43411045 | 1194241 | AST | P | | 9 | | 2/14/1979 | 3/29/1997 |
| T19970042229 | 43411045 | 1818234 | RAV | P | MP25 | 25 | | 8/14/1991 | 4/1/1997 |
| T19970042240 | 43411045 | BU41701V | FII | P | 950 | 25 | | 3/31/1993 | 4/1/1997 |
| T19970042296 | 43411045 | AA022048 | AMR | PR | | 38 | | 3/25/1991 | 4/1/1997 |
| T19970043272 | 43411045 | 2142498 | STA | P | FIRESTAR | 9 | | 8/26/1994 | 4/2/1997 |
| T19970043519 | 43411045 | 278097 | CAC | PR | | 38 | | 3/5/1976 | 4/3/1997 |
| T19970050704 | 43411045 | D6857167 | REM | R | 700 | 300 | | 3/31/1995 | 4/21/1997 |
| T19970050716 | 43411045 | AP461066 | DAB | P | P380 | 380 | | 11/7/1996 | 4/21/1997 |
| T19970050724 | 43411045 | 328496 | LCN | P | L25 | 25 | | 2/4/1997 | 4/21/1997 |
| T19970050739 | 43411045 | 1070851 | CAC | PR | UNDERCOVER | 38 | | 8/17/1989 | 4/21/1997 |
| T19970050785 | 43411045 | 218099 | LCN | P | L380 | 380 | | 8/5/1993 | 4/21/1997 |
| T19970051509 | 43411045 | 347656 | LCN | P | L380 | 380 | | 3/14/1994 | 4/22/1997 |
| T19970051538 | 43411045 | PAF9890 | SW | P | SIGMA | 40 | | 9/1/1995 | 4/22/1997 |
| T19970051635 | 43411045 | 836135 | CAC | PR | | 357 | | 4/2/1985 | 4/22/1997 |
| T19970054882 | 43411045 | 3046407 | PHE | P | RAVEN | 25 | | 10/12/1992 | 4/29/1997 |
| T19970057578 | 43411045 | 304-91240 | SR | P | P89 | 9 | | 1/18/1993 | 5/5/1997 |
| T19970058725 | 43411045 | 1882056 | RAV | P | MP25 | 25 | | 2/17/1992 | 5/7/1997 |
| T19970058726 | 43411045 | ST06878 | FIP | PR | | 38 | | 12/7/1988 | 5/7/1997 |
| T19970058737 | 43411045 | 856682 | BRY | P | 59 | 9 | | 2/19/1996 | 5/7/1997 |
| T19970059352 | 43411045 | MV99870E | MRM | S | 88 | 12 | | 3/6/1997 | 5/9/1997 |

2

Privileged and Confidential / Preliminary and Unchecked

Guns Sold by Atlantic Gun & Tackle for which Trace Requests were Submitted from 1997-2000

| Trace ID (1) | FFL ID (2) | Serial Number (4) | MFG Code (5) | Gun Type (6) | Model (7) | Caliber (8) | Finish (9) | Trans Date (10) | Trace Date (11) |
|---|---|---|---|---|---|---|---|---|---|
| T19970059366 | 43411045 | BER315543Z | FII | P | 92 | 9 | | 5/26/1994 | 5/9/1997 |
| T19970059426 | 43411045 | DAA018773 | FII | P | 21 | 22 | | 3/14/1995 | 5/9/1997 |
| T19970060086 | 43411045 | 572-28398 | SR | PR | SP101 | 357 | | | 5/12/1997 |
| T19970066105 | 43411045 | VCD9211 | SW | P | 915 | 9 | | 11/22/1994 | 5/21/1997 |
| T19970066884 | 43411045 | UAE4171 | SW | P | 2213 | 22 | STAINLESS | 3/11/1994 | 5/22/1997 |
| T19970068988 | 43411045 | 214143 | LCN | P | L25 | 25 | | 3/22/1994 | 5/27/1997 |
| T19970068996 | 43411045 | 1765633 | RAV | P | MP25 | 25 | | 1/17/1991 | 5/27/1997 |
| T19970069011 | 43411045 | BKV8652 | SW | PR | | 38 | | 12/20/1991 | 5/27/1997 |
| T19970072674 | 43411045 | AP427626 | DAB | P | P380 | 380 | CHROM/NCKL | 11/30/1994 | 6/2/1997 |
| T19970072804 | 43411045 | 304-32035 | SR | P | P89 | 9 | STAINLESS | 9/8/1992 | 6/2/1997 |
| T19970072836 | 43411045 | MV05841E | MRM | S | 88 | 12 | | 4/7/1995 | 6/2/1997 |
| T19970072862 | 43411045 | 1128850 | CAC | PR | | 38 | | 4/14/1995 | 6/2/1997 |
| T19970073025 | 43411045 | W746958M | REM | S | 870 | 12 | | 4/27/1988 | 6/2/1997 |
| T19970076690 | 43411045 | VYK2287 | SW | P | 915 | 9 | | 12/14/1995 | 6/5/1997 |
| T19970076769 | 43411045 | BER439759Z | FII | P | 92 | 9 | | 1/31/1996 | 6/5/1997 |
| T19970076779 | 43411045 | 943926 | BRY | P | 59 | 9 | | 8/9/1996 | 6/5/1997 |
| T19970076798 | 43411045 | TZH2156 | SW | P | 915 | 9 | | 12/11/1992 | 6/11/1997 |
| T19970080060 | 43411045 | 253312 | AEI | P | 383 | 380 | | 5/25/1993 | 6/11/1997 |
| T19970082925 | 43411045 | TKB81322 | TAS | P | PT99 | 9 | | 4/4/1991 | 6/15/1997 |
| T19970085591 | 43411045 | 853203 | BRY | P | 59 | 9 | | 10/7/1994 | 6/18/1997 |
| T19970088213 | 43411045 | MM68179 | CLT | PR | ANACONDA | 44 | | 11/28/1995 | 6/20/1997 |
| T19970088948 | 43411045 | 0068114 | WEI | PR | | 38 | | 7/9/1974 | 6/23/1997 |
| T19970089984 | 43411045 | 3101613 | PHE | P | RAVEN | 25 | | 4/14/1993 | 6/25/1997 |
| T19970090487 | 43411045 | 809985 | BRY | P | 59 | 9 | | 9/8/1994 | 6/26/1997 |
| T19970091314 | 43411045 | 085854 | FIP | PR | | 38 | | 1/30/1976 | 6/27/1997 |
| T19970092165 | 43411045 | AP239259 | DAB | P | P380 | 380 | | 7/6/1992 | 6/30/1997 |
| T19970092190 | 43411045 | E6340545 | REM | R | 700 | 30-06 | | 2/27/1997 | 6/30/1997 |
| T19970092243 | 43411045 | 780637 | BRY | P | 59 | 9 | | 2/17/1994 | 6/30/1997 |

3

Privileged and Confidential

Preliminary and Unchecked

Guns Sold by Atlantic Gun & Tackle for which Trace Requests were Submitted from 1997-2000

| Trace ID (1) | FFL ID (2) | Serial Number (4) | MFG Code (5) | Gun Type (6) | Model (7) | Caliber (8) | Finish (9) | Trans Date (10) | Trace Date (11) |
|---|---|---|---|---|---|---|---|---|---|
| T19970092285 | 43411045 | 261544 | LCN | P | L25 | 25 | | 8/16/1993 | 6/30/1997 |
| T19970092313 | 43411045 | RS37817 | CLT | P | | 380 | | 2/21/1995 | 6/30/1997 |
| T19970092365 | 43411045 | 3005960 | PHE | P | RAVEN | 25 | | | 6/30/1997 |
| T19970092366 | 43411045 | 094525 | SNI | P | LASER 25 | 25 | | | 6/30/1997 |
| T19970093275 | 43411045 | J017776 | AMR | PR | | 38 | | 9/26/1985 | 7/2/1997 |
| T19970093284 | 43411045 | AP419471 | DAB | P | P380 | 380 | | 9/21/1994 | 7/2/1997 |
| T19970093288 | 43411045 | AA147554 | AMR | PR | | 38 | BLUE | 10/1/1992 | 7/2/1997 |
| T19970094665 | 43411045 | 459021 | LCN | P | L380 | 380 | | 10/8/1996 | 7/7/1997 |
| T19970094704 | 43411045 | EB32396 | FIP | P | | 380 | | 4/12/1990 | 7/7/1997 |
| T19970094706 | 43411045 | BER181656Z | FII | P | 92 | 9 | | 5/19/1992 | 7/7/1997 |
| T19970094755 | 43411045 | H20581 | HS | PR | | 22 | | 7/26/1974 | 7/7/1997 |
| T19970095107 | 43411045 | 1729942 | RAV | P | MP25 | 25 | | 2/12/1991 | 7/7/1997 |
| T19970096490 | 43411045 | CDV434US | GLC | P | 30 | 45 | | 3/31/1997 | 7/9/1997 |
| T19970097591 | 43411045 | L056403 | LCN | P | L9 | 9 | | 1/15/1997 | 7/11/1997 |
| T19970097610 | 43411045 | L366923 | MOS | S | | 12 | | 9/17/1993 | 7/11/1997 |
| T19970100321 | 43411045 | 224452 | LCN | P | L25 | 25 | SILVER | 5/3/1993 | 7/15/1997 |
| T19970104339 | 43411045 | TZU1875 | SW | P | 915 | 9 | | 4/30/1993 | 7/23/1997 |
| T19970106437 | 43411045 | 52857 | HEC | P | | 9 | | 1/31/1984 | 7/28/1997 |
| T19970107297 | 43411045 | L382867 | MOS | S | 500 | 12 | | 11/30/1993 | 7/29/1997 |
| T19970107416 | 43411045 | 3126308 | PHE | P | RAVEN | 25 | | 11/22/1993 | 7/30/1997 |
| T19970107503 | 43411045 | 039812 | BRY | P | 48 | 380 | | 11/21/1991 | 7/30/1997 |
| T19970107595 | 43411045 | C251850 | AMR | PR | | 32 | | 3/14/1985 | 7/30/1997 |
| T19970107608 | 43411045 | AP346979 | DAB | P | P380 | 380 | | 6/10/1993 | 7/30/1997 |
| T19970107622 | 43411045 | AP239021 | DAB | P | P380 | 380 | | 5/27/1992 | 7/30/1997 |
| T19970107630 | 43411045 | DAA042677 | FII | P | 21 | 22 | | 12/12/1995 | 7/30/1997 |
| T19970108265 | 43411045 | 993714 | CAC | PR | POLICE BULLDOG | 38 | | 7/21/1987 | 7/30/1997 |
| T19970113184 | 43411045 | VAT1302 | SW | P | | 9 | | 6/17/1994 | 8/5/1997 |
| T19970114092 | 43411045 | NB003459 | NEF | PR | R73 | 32 | | 2/10/1988 | 8/6/1997 |

4

Preliminary and Unchecked

ce Requests were Submitted from 1997-2000

| Model (7) | Caliber (8) | Finish (9) | Trans Date (10) | Trace Date (11) |
|---|---|---|---|---|
| | 38 | | | 8/8/1997 |
| | 9 | | 10/31/1989 | 8/11/1997 |
| | 25 | | 10/11/1990 | 8/12/1997 |
| | 9 | | 4/26/1995 | 8/13/1997 |
| | 38 | | 8/1/1995 | 8/27/1997 |
| | 380 | | 5/24/1993 | 9/4/1997 |
| | 357 | | 9/7/1991 | 9/4/1997 |
| | 380 | | 3/3/1997 | 9/4/1997 |
| | 38 | | 10/10/1991 | 9/4/1997 |
| | 380 | | 10/7/1991 | 9/5/1997 |
| | 32 | | 7/7/1993 | 9/11/1997 |
| | 9 | | 8/9/1994 | 9/16/1997 |
| | 9 | | 2/7/1991 | 9/16/1997 |
| | 12 | | 11/13/1986 | 9/16/1997 |
| | 9 | | 5/20/1991 | 9/16/1997 |
| | 380 | | 8/10/1995 | 9/16/1997 |
| | 9 | | 1/27/1994 | 9/17/1997 |
| | 12 | | 3/28/1995 | 9/19/1997 |
| | 9 | | 12/16/1996 | 9/19/1997 |
| | 9 | | 7/11/1994 | 9/19/1997 |
| | 9 | | 8/28/1991 | 10/7/1997 |
| | 25 | | 3/10/1993 | 10/10/1997 |
| | 38 | | 10/10/1991 | 10/15/1997 |
| | 25 | | 4/18/1986 | 10/15/1997 |
| | 25 | | 8/27/1990 | 10/15/1997 |
| | 25 | | 10/10/1994 | 10/15/1997 |
| | 25 | | 2/1/1994 | 10/15/1997 |
| | 12 | | 11/3/1995 | 10/15/1997 |

LAW OFFICE OF ELISA BARNES
111 BROADWAY, 4TH FLOOR
NEW YORK, NEW YORK 10006
Phone: 212-693-2330
Fax: 212-693-2334

NEW JERSEY OFFICE:
76 SOUTH ORANGE AVENUE
SOUTH ORANGE, NJ 07079-1923

## FACSIMILE TRANSMISSION

TO: Honrable Cheryl Pollak

FAX: 718 260 2358

FROM: Elisa Barnes, Esq

RE:

DATE: 1/28/2005

THIS FACSIMILE TRANSMISSION CONTAINS 32 PAGES INCLUDING THIS COVER PAGE.

IF YOU DO NOT RECEIVE THE ENTIRE TRANSMISSION OR IF YOU RECEIVED THE TRANSMISSION IN ERROR, PLEASE CONTACT (212) 693-2330. THIS TRANSMISSION IS INTENDED FOR THE USE OF THE PERSON OR ENTITY TO WHOM IT IS ADDRESSED. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL COMMUNICATIONS. ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE CONTENTS OF THIS TRANSMISSION, OTHER THAN BY THE INTENDED RECIPIENT IS STRICTLY PROHIBITED.