UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAQUIONE JOHNSON,

                              Plaintiff,

   - against -

BRYCO ARMS, B.L. JENNINGS, INC., JENNINGS FIREARMS, INC.(A California Corporation), JENNINGS FIREAMS, INC.( A Nevada Corporation), CALWEST CO., INC., BRUCE JENNINGS, JANICE JENNINGS, ANNA LEAH JENNINGS, RHONDA JENNINGS, KIMBERLY JENNINGS, BRADLEY JENNINGS, RHONDA JENNINGS NEVADA TRUST, KIMBERLY JENNINGS NEVADA TRUST, BRADLY JENNINGS NEVADA TRUST, RKB INVESTMENTS, JOHN DOE 1 ASSOCIATED WITH BRUCE JENNINGS AND BRYCO FIREARMS, JOHN DOE 2 ASSOCIATED WITH BRUCE JENNINGS AND BRYCO FIREARMS, JOHN DOE 3 ASSOCIATED WITH BRUCE JENNINGS AND BRYCO FIREARMS, ACUSPORT CORPORATION, ATLANTIC GUN TACKLE, INC., JOHN DOE 4, JOHN DOE 5, JOHN DOE 6,

                              Defendants.
------------------------------------------------------------------X

STIPULATION OF DISMISSAL

Index No.: 03CV2582

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein and pursuant to Rule 41 of the Federal Rules of Civil Procedure that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the actions, the above entitled action, having been resolved subject to a confidential agreement, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation of dismissal be filed with the Clerk's Office under seal.

Dated: NEW YORK, NEW YORK
        August 9, 2005

_[signature]_

ELLIOT H. TAUB, ESQ.
TAUB & MARDER, ESQS.
ATTORNEYS FOR PLAINTIFF
JAQUIONE JOHNSON
450 SEVENTH AVENUE
37TH FLOOR
NEW YORK, NEW YORK 10123
(212) 967-1122

JOHN RENZULLI, ESQ.
ATTORNEY FOR DEFENDANT
ATLANTIC GUN & TACKLE
DISTRIBUTING CO., INC.
RENZULLI, PISCIOTTI & RENZULLI, LLP
300 EAST 42ND STREET
NEW YORK, NEW YORK 10017
(212) 599-5533

_[signature]_

PAUL KASSIRER, ESQ.
LESTER SCHWAB KATZ & DWYER, LLP
ATTORNEY FOR DEFENDANT
ACUSPORT CORPORATION
120 BROADWAY
NEW YORK, NEW YORK 10271
(212) 964-6611

Dated: NEW YORK, NEW YORK
       August 9, 2005

_____          _____
ELLIOT H. TAUB, ESQ.               JOHN RENZULLI, ESQ.
TAUB & MARDER, ESQS.               ATTORNEY FOR DEFENDANT
ATTORNEYS FOR PLAINTIFF            ATLANTIC GUN & TACKLE
JAQUIONE JOHNSON                   DISTRIBUTING CO., INC.
450 SEVENTH AVENUE                 RENZULLI, PISCIOTTI & RENZULLI,
37TH FLOOR                         LLP
NEW YORK, NEW YORK 10123           300 EAST 42ND STREET
(212) 967-1122                     NEW YORK, NEW YORK 10017
                                   (212) 599-5533

_____
PAUL KASSIRER, ESQ.
LESTER SCHWAB KATZ & DWYER, LLP
ATTORNEY FOR DEFENDANT
ACUSPORT CORPORATION
120 BROADWAY
NEW YORK, NEW YORK 10271
(212) 964-6611

Case 1:03-cv-02582-JBW-CLP   Document 325   Filed 09/06/05   Page 3 of 4 PageID #: 2594

03 CV 2582 (JBW)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAQUIONE JOHNSON,

                          Plaintiff,

    - against -

BRYCO ARMS, B.L. JENNINGS, INC., JENNINGS FIREARMS, INC.(A California Corporation), JENNINGS FIREAMS, INC.( A Nevada Corporation), CALWEST CO., INC., BRUCE JENNINGS, JANICE JENNINGS, ANNA LEAH JENNINGS, RHONDA JENNINGS, KIMBERLY JENNINGS, BRADLEY JENNINGS, RHONDA JENNINGS NEVADA TRUST, KIMBERLY JENNINGS NEVADA TRUST, BRADLY JENNINGS NEVADA TRUST, RKB INVESTMENTS, JOHN DOE 1 ASSOCIATED WITH BRUCE JENNINGS AND BRYCO FIREARMS, JOHN DOE 2 ASSOCIATED WITH BRUCE JENNINGS AND BRYCO FIREARMS, JOHN DOE 3 ASSOCIATED WITH BRUCE JENNINGS AND BRYCO FIREARMS, ACUSPORT CORPORATION, ATLANTIC GUN TACKLE, INC., JOHN DOE 4, JOHN DOE 5, JOHN DOE 6,

                          Defendants.

## STIPULATION OF DISMISSAL

**TAUB & MARDER, ESQS.**
*Attorneys for Plaintiff Jaquione Johnson*
450 Seventh Avenue, 37th Floor
New York, New York 10123
(212) 967-1122